# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

          **Plaintiff,**          **Case No. 07-C-0098**

      **v.**

**ONE ALIENWARE, INC.**          **JUDGMENT OF DEFAULT AND**
**COMPUTER CPU, SERIAL**             **FORFEITURE**
**NUMBER AW-PC-215149A1,**
**WITH ALL APPURTENANCES**
**AND ATTACHMENTS THEREON,**

          **Defendant.**

---

      **THIS CAUSE** having come before this Court upon plaintiff's Motion for Default Judgment, it is hereby

      **ORDERED, ADJUDGED AND DECREED** that the defendant property be forfeited to the United States of America and no right, title or interest in the defendant property shall exist in any other party. The defendant property shall be seized forthwith by the United States Customs and Border Protection for the Eastern District of Wisconsin or his duly authorized agent and shall be disposed of according to law.

      Dated at Milwaukee, Wisconsin, this 12th day of March, 2007.


                    s/ Rudolph T. Randa
                    HON. RUDOLPH T. RANDA
                    Chief United States District Judge


Judgment entered this 12th day of March, 2007


by: s/ Linda M. Zik
    Deputy Clerk